UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HOP ENERGY, LLC, | ) | 3:07-cv-852 (WWE) |
| Plaintiff, | ) | |
| vs. | ) | |
| DIESEL DIRECT, INC., | ) | |
| Defendant. | ) | |

*United States District Court
District of Connecticut
FILED AT BRIDGEPORT
7/10/08
Roberta D. Tabora, Clerk
By _____ Deputy Clerk*

### SPECIAL VERDICT FORM
(Interrogatories)

1. **Tortious Interference with Contractual Relations**

   A. Do you find by a preponderance of the evidence that defendant Diesel Direct at the time of the alleged interference had knowledge of the Non-Solicitation Agreement between plaintiff and Kelleher?

   Yes __X__        No _____

   If you answered "yes" to the above question, please proceed to the next question. If you answered "no," please answer the questions relevant to the Connecticut Unfair Trade Practices Act.

   B. Do you find by a preponderance of the evidence that, with knowledge of the existence of the contract, defendant Diesel Direct tortiously interfered with the Non-Solicitation Agreement as to HOP customer:

   | | | | |
   |---|---|---|---|
   | Boston-Buffalo | Yes _____ | No __X__ |
   | Colony Food | Yes _____ | No __X__ |
   | Lightning Express | Yes _____ | No __X__ |
   | M&M Transportation | Yes __X__ | No _____ |

   If you answered "yes" to any part of the above question, please proceed to the next question. If you answered "no," please answer the questions relevant to the Connecticut Unfair Trade Practices Act.

1

C. Do you find by a preponderance of the evidence that defendant Diesel Direct's tortious interference was a proximate cause of an actual loss to plaintiff?

Yes __X__   No _____

## 2. Connecticut Unfair Trade Practices Act

A. Did the plaintiff prove by a preponderance of the evidence that defendant Diesel Direct's actions were in the course of its trade or commerce?

Yes __X__   No _____

If you answered the above question "yes," then proceed to answer B1 and B2. If you answered "no," to the above question but answered "yes" to question 1C (tortious interference), please proceed to the section on Damages. If you answered "no" to these questions, then your deliberations are at an end.

B1. Do you find by a preponderance of the evidence that defendant Diesel Direct engaged in an unfair trade practice?

Yes __X__   No _____

B2. Do you find by a preponderance of the evidence that defendant Diesel Direct engaged in a deceptive act or practice?

Yes _____   No __X__

If you answered either of the above questions "yes," then proceed to answer the next question. If you answered "no" to both of the above questions but you answered "yes" to question 1C (tortious interference), please proceed to the section on Damages. If you answered "no" to these questions, then your deliberations are at an end.

C. Do you find that defendant Diesel Direct's acts proximately caused plaintiff to suffer an ascertainable loss?

Yes __X__   No _____

Please proceed to the section on Damages if you answered "yes" to the above question 2C and/or "yes" to question 1C (tortious interference). If you answered "no" to both of these questions, then your deliberations are at an end.

3. **Damages**

Under the law as given to you in these instructions, state the amount of damages the plaintiff should be awarded against defendant Diesel Direct.

$ 57,451.66

\_\_#1248_____
Foreperson

\_\_7/10/08_____
Date