UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

HOP ENERGY LLC

   v.                                                                                                 3:07CV852 WWE

COREY KELLEHER,et al

## ORDER

The parties have reported that this action has been settled in full. Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before October 20, 2008.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before October 20, 2008.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7.

So ORDERED.

Dated at Bridgeport, Connecticut, this 18th day of September, 2008.

                                                      /s/_____
                                                            Warren W. Eginton
                                                           Senior U.S. District Judge