UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------x
: 
HOP ENERGY, LLC, :
:
    Plaintiff, : CIVIL ACTION NO.:
: 3:07CV00852 (WWE)
:
v. :
:
DIESEL DIRECT, INC. :
:
    Defendants. :
:
------------------------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), the plaintiff, HOP Energy, LLC, and the defendant, Diesel Direct, Inc., hereby stipulate to the dismissal of this action with prejudice and waiver of all rights of appeal. Each party shall bear its own costs and attorneys' fees.

**PLAINTIFF**

By_____      Dated: September ___, 2008
  Robert Laplaca (ct21184)
  LEVETT ROCKWOOD P.C.
  33 Riverside Avenue
  P.O. Box 5116
  Westport, CT 06881
  Telephone: (203) 22-0885
  Facsimile: (203) 226-8025
  Email: rlaplaca@levettrockwood.com

DEFENDANTS

By /s/ *[signature]*
Robert R. Berluti (BBO#039960)
Berluti & McLaughlin, LLC
44 School Street, 9th Floor
Boston, MA 02108
Telephone: (617) 557-3030
Facsimile: (617) 557-2939
Email: rberluti@bermac-law.com

Dated: September 10, 2008

H:\TMClientDocs\107.049\Stipulation of Dismissal with Prejudice-20080814.doc